## RETURN OF SERVICE

UNITED STATES DISTRICT COURT
SOUTHERN District of Florida

Case Number: 0:22-CV-60204-RS

Plaintiff:
**HOWARD MICHAEL CAPLAN**

vs.

Defendant:
**ISHIMOTO RENTALS LLC D/B/A ISHIMOTORS, ET. AL.,**

For:
Ronald E. Stern
THE ADVOCACY LAW FIRM, P.A.
1250 East Hallandale Beach Blvd
Suite 503
Hallandale Beach, FL 33009

Received by OJF SERVICES, INC. on the 28th day of January, 2022 at 3:08 pm to be served on **YOSEF ROITER, 136 GOLDEN ISLES DR., APT. 402, HALLANDALE BEACH, FL 33009.**

I, ANDREW KARP, do hereby affirm that on the **9th day of February, 2022** at **6:00 pm, I:**

**INDIVIDUAL/PERSONAL:**  served by delivering a true copy of the **SUMMONS AND COMPLAINT**  to: **YOSEF ROITER** at the address of: **136 GOLDEN ISLES DR., APT. 402, HALLANDALE BEACH, FL 33009** with the date and hour of service endorsed thereon by me, and informed said person of the contents therein, in compliance with state statutes.

**Military Status:** Based upon inquiry of party served, Defendant is not in the military service of the United States of America.

**Additional Information pertaining to this Service:**
2/9/2022  6:00 pm  UPON ARRIVAL I SPOKE WITH DEFENDANT, BARI ROITER, AND ADVISED THAT I HAD LEGAL DOCUMENTS AS WELL AS INFORMED HIM OF THE CONTENTS OF THE DOCUMENTS. MR. ROITER SAID HE'D SEND CO-DEFENDANT, YOSEF, DOWN TO ACCEPT SERVICE. THE OTHER DEFENDANT, REVA, THEN GOT ON THE CALLBOX AND SAID WE'RE NOT COMING DOWN, WE'RE NOT LETTING YOU IN AND WE'RE NOT ACCEPTING. I FINALLY WAS ABLE TO GAIN ACCESS INTO THE BUILDING AND KNOCKED ON THE DOOR. I EXPLAINED IN A LOUD AND CLEAR VOICE THAT I WAS LEAVING THE DOCUMENTS AT THE DOOR.

I CERTIFY THAT I AM OVER THE AGE OF 18, HAVE NO INTEREST IN THE ABOVE ACTION, AND THAT I AM A SPECIAL PROCESS SERVER APPOINTED BY THE SHERIFF, IN GOOD STANDING, IN THE JUDICIAL CIRCUIT IN WHICH PROCESS WAS SERVED. "UNDER PENALTY OF PERJURY, I DECLARE THAT I HAVE READ THE FOREGOING (DOCUMENT) AND THAT THE FACTS STATED IN IT ARE TRUE, 92.525. ELECTRONIC SIGNATURES ARE NOW PERMITTED PURSUANT TO FLORIDA STATUTE 48.21. NOTARY ARE NOT REQUIRED PURSUANT TO F.S. 92.525(2).

ANDREW KARP
SPS #260

**OJF SERVICES, INC.**
13727 S.W. 152nd Street
P.M.B. 354
Miami, FL 33177
(786) 293-5750

Our Job Serial Number: OJF-2022001865

Copyright © 1992-2022 Database Services, Inc. - Process Server's Toolbox V8.2g